UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON DIVISION
DOCKET NO.

| | |
|---|---|
| L & T YACHT SALES, INC., <br> Plaintiff | ) <br> ) <br> ) <br> ) |
| VS. | ) <br> ) |
| POST MARINE CO., INC., <br> Defendant | ) <br> ) <br> ) |

### L & T YACHT SALES, INC., DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Now comes the Plaintiff L & T Yacht Sales, Inc., and pursuant to Local Rule 7.3 informs this court that L & T Yacht Sales, Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.

Respectfully submitted,
The Plaintiff.
By its Attorney,

John E. Zajac, Esquire
*CARMICHAEL & ZAJAC, P.C.*
170 High Street
Taunton, MA 02780
(508) 821-2552
BBO # 560195

Dated:    August 12, 2005