UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L & T YACHT SALES, INC. )<br>    Plaintiff )<br>)<br>)<br>v. )<br>) <br>)<br>POST MARINE CO., INC. )<br>    Defendant )<br>)<br>) | CIVIL ACTION No. 05-CV-11682-MLW |

DEFENDANT'S MOTION TO EXTEND TIME

    Defendant Post Marine Co., Inc. hereby moves the court to extend by one week the time for it to file an answer, motion or responsive pleading, up to and including September 13, 2005. As grounds, Defendant hereby states that: (1) it was allegedly served with the summons and complaint on August 16, 2005[1]; (2) a response is therefore due on September 6, 2005; and (3) it only recently retained Massachusetts counsel and that a brief extension of time is needed to prepare the appropriate pleadings.

---

[1] It is unclear whether service was properly made under Fed. R. Civ. P. 4.

|  |  |
|---|---|
|  | Defendant<br>Post Marine Co., Inc.<br>By its attorney,<br><br>/s Howard M. Brown<br>HOWARD M. BROWN<br>BBO #547948<br>Bartlett Hackett Feinberg P.C.<br>10 High Street, Suite 920<br>Boston, MA 02110 |
| DATED:September 2, 2005 | Tel. (617) 422-0200 |