UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L & T Yacht Sales, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-11682 |
| | ) |
| Post Marine Co., Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, as of **Monday, September 19, 2005**, the address of

Bartlett Hackett Feinberg P.C. ("BHF") and the undersigned, counsel for Post Marine Co., Inc.,

will be **155 Federal Street, 9th Floor, Boston, MA  02110**.  The telephone number, fax number

and e-mail address will remain the same.  Kindly update your records.


                                    /s/ Howard M. Brown
                                    Howard M. Brown (BBO #547948)
                                    Bartlett Hackett Feinberg P.C.
                                    155 Federal Street, 9th Floor
                                    Boston, MA  02110
                                    Tel. (617) 422-0200
Dated:  September 20, 2005          Fax  (617 422-0383