UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11682MLW

| | |
|---|---|
| L & T YACHT SALES, INC., | ) |
| Plaintiff, | ) |
| VS. | ) |
| POST MARINE CO., INC., | ) |
| Defendant | ) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, Defendant Post Marine Co., Inc., by its counsel, Howard M. Brown, respectfully moves for the admission pro hac vice of Michel Weisz, Esq. of the law firm of Segredo & Weisz to appear in this matter as counsel to Post Marine Co., Inc. In support of this Motion, attached as Exhibit A is Mr. Weisz's certification that he is eligible for admission *pro hac vice*.

                                          POST MARINE CO., INC.
                                          By its attorney,

                                          /s/ Howard M. Brown
                                          HOWARD M. BROWN
                                          BBO #547948
                                          Bartlett Hackett Feinberg P.C.
                                          155 Federal Street
                                          Boston, MA 02110

DATED: May 22, 2006                    Tel. (617) 422-0200

## EXHIBIT A

### CERTIFICATION OF MICHEL WEISZ

I, Michel Weisz, hereby certify that:

(1)     I am a member of the Bars of Florida, and the United States District Court for Middle and Southern Districts of Florida. I am a member in good standing of every jurisdiction where I am admitted to practice.

(2)     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(3)     I have a copy of the Local Rules of this Court and am generally familiar with such rules.

By:     /s/ Michel O. Weisz
Michel Weisz, Esq.
Segredo & Weisz
9350 South Dixie Highway, Suite 1500
Miami, FL 33156
(305) 670-3820

Dated: May 22, 2006

-2-