UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L & T YACHT SALES, INC.<br>Plaintiff    )<br>)<br>)<br>)<br>v.                          )<br>)     CIVIL ACTION No. 05-CV-11682-MLW<br>)<br>POST MARINE CO., INC.    )<br>Defendant              )<br>)<br>) | |

ORDER

The Defendant Post Marine Co., Inc. having requested leave of Court to file an Amended Answer adding an additional affirmative defense, and the Plaintiff L & T Yacht Sales, Inc. having no opposition to the request it is hereby:

ORDERED, that the Defendant's request is granted and the Amended Answer shall be accepted for filing.

_____
United States District Judge

Dated: ~~May 25, 2006~~
August 2, 2006