UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON DIVISION
C.A. No. 05-11682-MLW

L & T YACHT SALES, INC.    )
        Plaintiff    )
            )
VS.    )
            )
POST MARINE, INC.    )
        Defendant    )
            )

## NOTICE OF APPEARANCE

    I, Lisa A. Kane, Esquire hereby enter my appearance on behalf of the Plaintiff, L&T Yacht Sales, Inc. in the above captioned matter.

        Respectfully submitted,
        The Plaintiff
        L&T Yacht Sales, Inc.
        By its Attorney,

        Lisa A. Kane, Esq.
        77 RocSam Park Road
        Braintree, Massachusetts
        BBO # 638064

Dated: October 17, 2006