## CARMICHAEL, ZAJAC & FLEURY, P.C.
### ATTORNEYS AT LAW

John E. Zajac, Esquire
(508) 821-2552, Ext. 12
E-mail: jezesq@cs.com

May 3, 2007

Dennis O'Leary, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: **POST MARINE/L & T YACHT SALES, INC./TODD HAMILTON**
**CASE NO. 05-11682 MLW**
**YOUR FILE NO. 580-01399**

Dear Mr. O'Leary:

In accord with your request to my office earlier this date, my office has again communicated directly with Michel Weisz, Esquire. We have discussed with him the specific language contained in the enclosed Status Report and have included in the Status Report the information as you described and requested, earlier this date to my office.

Attorney Weisz also has agreed to join in the Motion to File Status Report Late, also enclosed.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

CARMICHAEL, ZAJAC & FLEURY, P.C.

John E. Zajac, Esquire

JEZ\tn
S:\CIVIL\L and T Yacht\NJ Gelcoat suit since Dec. 06\c050307olearydoc

---

170 HIGH STREET, TAUNTON, MASSACHUSETTS 02780

TELEPHONE: (508) 821-2552 -- FACSIMILE: (508) 821-2566 — E-MAIL: czfdk@cs.com

Trial Attorneys Practicing in the State and Federal Courts of Massachusetts and Rhode Island