UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON DIVISION
DOCKET NO. 05-11682

L & T YACHT SALES, INC.,
          Plaintiff

VS.

POST MARINE CO., INC.
          Defendant

## STATUS REPORT

    Counsel for the parties have discussed settlement in person immediately following depositions which took place in New Jersey on April 11, 2007. Plaintiff's legal counsel has by letter (via facsimile delivery) to Defendant's legal counsel on May 1, 2007, discussed potential settlement. Defendant's legal counsel has not responded to said discussion of settlement and there does not appear to be a significant prospect for settlement, however, Plaintiff's legal counsel is willing and open to re-visiting settlement discussion with Defendant's legal counsel when they appear together at the May 4th scheduling conference.

    Both parties feel there is a proper basis for filing a Motion for Summary Judgment. Counsel for the parties will elaborate briefly upon their respective legal basis for so filing at the May 4th scheduling conference.

Respectfully submitted,
The Plaintiff
By its Attorneys

Michael O. Weisz, Esquire
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL 33156

Respectfully submitted
The Plaintiff,
By its Attorneys,

John E. Zajac, Esquire
CARMICHAEL & ZAJAC, P.C.
170 High Street
Taunton, MA 02780
(508) 821-2552
BBO No. 560195

Dated: May 3, 2007