UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON DIVISION
DOCKET NO. 05-11682

L & T YACHT SALES, INC.,
   Plaintiff        )
                )
VS.               )
                )
POST MARINE CO., INC.,
   Defendant       )

## MOTION TO FILE STATUS REPORT LATE

  Now come Plaintiff and Defendant who move to file the attached status report late. Plaintiff's legal counsel at the request of the Clerk's Office, spoke with Defendant's legal counsel this date and obtained his agreement to file the within motion and agreement to the specific language of the attached status report.

Respectfully submitted,
The Plaintiff
By its Attorneys

_/s/ Michael O. Weisz (JFZ)_
Michael O. Weisz, Esquire
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL 33156

Respectfully submitted
The Plaintiff,
By its Attorneys,

_/s/ John E. Zajac_
John E. Zajac, Esquire
CARMICHAEL & ZAJAC, P.C.
170 High Street
Taunton, MA 02780
(508) 821-2552
BBO No. 560195

Dated: May 3, 2007