# SEGREDO & WEISZ
## ATTORNEYS AT LAW

Michel O. Weisz, P.A.
Frank J. Segredo, P.A.

Suite 1500
9350 South Dixie Highway
Miami, Florida 33156
Telephone: (305) 670-3820
Facsimile: (305) 670-8230

May 3, 2007

**DELIVERED VIA EMAIL**
*Document Electronically Filed*

Honorable Mark L. Wolf
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Post Marine/ L+T Yacht Sales, Inc./ Todd Hamilton
      Case No. 05-11682 MLW
      Our File No. 580-01399

Dear Honorable Sir:

On behalf of Defendant, Post Marine Company, and in response to a request from your office, the Defendants submit the following:

1. Depositions of the Plaintiff's and Defendant's representatives were completed on April 17, 2007. The transcripts were received yesterday, and still need to be signed by the witnesses.

2. Defendant, Post Marine is preparing and will be in a position to file a Motion for Summary Judgment as to all of Plaintiff's claims by Tuesday, May 15, 2007.

3. The parties have discussed settlement, but if possible, the parties are further apart now than they were at the initial scheduling conference.

4. Defendant's also anticipate filing a Motion for Sanctions directed to Plaintiff being unprepared to testify as to matters noticed for the deposition of the corporate representative.

5. Defendants also anticipate filing a Motion in Limine prohibiting Plaintiffs from calling witnesses that were not timely disclosed, and from calling any expert witnesses as Plaintiff never complied with the Pre-Trial Scheduling Order for disclosure of such witnesses.

Respectfully submitted,

Michel Ociacovski Weisz

MOW:mgv

cc: John Zajac, Esq.

# SEGREDO & WEISZ
## ATTORNEYS AT LAW

Michel O. Weisz, P.A.
Frank J. Segredo, P.A.

Suite 1500
9350 South Dixie Highway
Miami, Florida 33156
Telephone: (305) 670-3820
Facsimile: (305) 670-8230

May 3, 2007

**DELIVERED VIA EMAIL**
Dennis_OLeary@mad.uscourts.gov

Mr. Dennis O'Leary
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: Post Marine/ L+T Yacht Sales, Inc./ Todd Hamilton
Case No. 05-11682 MLW
Our File No. 580-01399

Dear Mr. O'Leary:

In conjunction with the above captioned case I enclose a brief status report on the part of the Defendant. I am taking this unusual step of providing this directly to the Court, as I am leaving for Boston this afternoon and will be unavailable to do any further work on this matter today.

I appreciate your courtesy in this matter.

Very truly yours,

Michel Ociacovski Weisz

MOW:mgv

cc: John E. Zajac, Esq.