```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

L & T YACHT SALES, INC.,        )
                                )
     Plaintiff,                 )
                                )
     v.                         )    C.A. No. 05-11682-MLW
                                )
POST MARINE CO., INC.,          )
                                )
     Defendant.                 )
                                )
```

ORDER

WOLF, D.J.                                              May 7, 2007

As stated to the parties on May 4, 2007, it is hereby ORDERED that:

1. The parties shall, by June 1, 2007, file their motions for summary judgment in the manner required by Local Rule 56.1.

2. Oppositions shall be filed by July 13, 2007.

3. Any replies shall be filed by August 3, 2007.

4. A hearing on the pending motions will be held on September 7, 2007, at 3:00 p.m.

```
                                     /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE
```