# SEGREDO & WEISZ
## ATTORNEYS AT LAW

Michel O. Weisz, P.A.
Frank J. Segredo, P.A.

Suite 1500
9350 South Dixie Highway
Miami, Florida 33156
Telephone: (305) 670-3820
Facsimile: (305) 670-8230

June 5, 2007

**DELIVERED VIA EMAIL**
*Document Electronically Filed*

Honorable Mark L. Wolf
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: Post Marine/ L+T Yacht Sales, Inc./ Todd Hamilton
Case No. 05-11682 MLW
Our File No. 580-01399

Dear Honorable Sir:

This is to inform you that while I was on vacation on June 1, 2007 I was contacted by my office in reference to Plaintiff's request to extend the time to file their summary judgment motion. I specifically asked my office to send a letter stating that I object and do not agree to the extension of time. A copy of the letter and confirmation of sending the fax to Plaintiff's counsel at 11:42 a.m. on June 1, 2007 is attached.

Plaintiff's representation in their motion that I was unavailable to respond is a deliberate falsehood.

Respectfully submitted,

Michel Ociacovski Weisz

MOW:mgv

cc: John Zajac, Esq.

# SEGREDO & WEISZ
## ATTORNEYS AT LAW

Michel O. Weisz, P.A.
Frank J. Segredo, P.A.

Suite 1500
9350 South Dixie Highway
Miami, Florida 33156
Telephone: (305) 670-3820
Facsimile: (305) 670-8230

June 1, 2007

**DELIVERED VIA FACSIMILE**
(508) 821-2566

John E. Zajac, Esq.
CARMICHAEL & ZAJAC, P.C.
170 High Street
Taunton, MA 02780

    Re:    Post Marine/ L+T Yacht Sales, Inc./ Todd Hamilton
            Case No. 05-11682 MLW
            Our File No. 580-01399

Dear Mr. Zajac:

    Mr. Weisz is presently out of town and not scheduled to return until Tuesday, June 5, 2007. I spoke with your assistant Tina this morning in reference to the motion for summary judgment which is due to be filed by today, June 1, 2007. I tried contacting your office and left a message, however, I have not heard back from you.

    Pursuant to your request for an extension to file your motion for summary judgment, please note that I have spoken with Mr. Weisz and he objects and does not agree to your request.

Very truly yours,

Mary G. Vega
Secretary to
Michel Ociacovski Weisz

/MGV

P. 1

\* \* \* Communication Result Report ( Jun. 1. 2007 11:48AM ) \* \* \*

Fax Header)  MICHEL O. WEISZ, P.A.

Date/Time: Jun. 1. 2007 11:42AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0403 | Memory TX | 15088212566 | P. 1 | OK | |

**POSTED**

Reason for error
E. 1) Hang up or line fail            E. 2) Busy
E. 3) No answer                       E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

---

**SEGREDO & WEISZ**
ATTORNEYS AT LAW

Michel O. Weisz, P.A.
Frank J. Segredo, P.A.

Suite 1500
9350 South Dixie Highway
Miami, Florida 33156
Telephone: (305) 670-3820
Facsimile: (305) 670-8230

June 1, 2007

DELIVERED VIA FACSIMILE
(508) 821-2566

John E. Zajac, Esq.
CARMICHAEL & ZAJAC, P.C.
170 High Street
Taunton, MA 02780

Re:   Post Marine/ L+T Yacht Sales, Inc./ Todd Hamilton
      Case No. 05-11682 MLW
      Our File No. 580-01399

Dear Mr. Zajac:

Mr. Weisz is presently out of town and not scheduled to return until Tuesday, June 5, 2007. I spoke with your assistant Tina this morning in reference to the motion for summary judgment which is due to be filed by today, June 1, 2007. I tried contacting your office and left a message, however, I have not heard back from you.

Pursuant to your request for an extension to file your motion for summary judgment, please note that I have spoken with Mr. Weisz and he objects and does not agree to your request.

Very truly yours,

Mary G. Vega
Secretary to
Michel Ociacovski Weisz

/MGV