**CARMICHAEL, ZAJAC & FLEURY, P.C.**
**ATTORNEYS AT LAW**

John E. Zajac, Esquire
(508) 821-2552, Ext.12
E-mail: jezesq@cs.com

**DELIVERED VIA EMAIL**
*Document Electronically Filed*

Honorable Mark L. Wolf                                                  June 5, 2007
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    RE:    **POST MARINE/L & T YACHT SALES, INC./TODD HAMILTON**
             **CASE NO.05-11682 MLW**

Dear Justice Wolf:

       I take great offense to Attorney Weisz alleging that my motion filed on June 1 contained a "deliberate falsehood." My motion, which speaks for itself, indicated that my "staff in good faith sought on May 31 to telephonically discuss with Defendant's legal counsel, Michel Weisz, the June 1/June 11 disparity and the within motion and was told by Attorney Weisz's administrative assistant that Attorney Weisz would be out of his office until Tuesday, June 5, 2007." In fact, at 4:15 p.m. on May 31, Mary from Attorney Weisz's office specifically indicated to my staff that she would not be able to reach Attorney Weisz at that time as he was "catching a 4 p.m flight." Immediately following that call my staff reported the aforementioned to Ms. Boyce of your staff, and I drafted the motion to extend, although it was not filed until the following morning

       It is also worthy of note that Attorney Weisz reports in his letter of this date that his secretary sent a June 1 fax to my office at 11:42 a.m. My motion had been electronically filed prior to that time. I did not review Attorney Weisz's facsimile until later that afternoon.

                                                           Very truly yours,

                                                            CARMICHAEL, ZAJAC & FLEURY, P.C.

                                                            John E. Zajac, Esquire

cc: Michel O. Weisz, Esquire

JEZ\tn
S:\CIVIL\L and T Yacht\c060507wolf.doc

170 HIGH STREET, TAUNTON, MASSACHUSETTS 02780

TELEPHONE: (508) 821-2552 -- FACSIMILE: (508) 821-2566 -- E-MAIL: CarmichaelZajac@cs.com

Trial Attorneys Practicing in the State and Federal Courts of Massachusetts and Rhode Island
