UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11682MLW

_____
L & T YACHT SALES, INC.        )
   Plaintiff,        )
          )
v.        )
          )
          )
POST MARINE CO., INC.,        )
          )
   Defendant        )
_____)

**Defendant's Motion for Leave to File Reply Brief in Support of
Motion to Exclude Testimony, Documents, Expert
Witnesses and Undisclosed Witnesses**

  Defendant Post Marine Co., Inc. ( "Post") hereby requests leave to file the attached reply brief in support of its motion to exclude testimony, documents, expert witnesses and undisclosed witnesses. As grounds, Post states as follows:

  1.  In its opposition to the motion, Plaintiff attempts to divert attention from its discovery misconduct by claiming that Post itself has neglected its discovery obligations.

  2.  This is not the case, and the reply brief is needed so that Post can provide the Court with accurate information regarding its actual discovery responses.

  3.  Consideration of the reply brief will assist the Court in deciding the motion and will not prejudice the Plaintiff, which is free to seek leave to submit an additional memorandum.

/s/ Howard M . Brown
Howard M. Brown
BBO #547948
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th floor
Boston, MA 02110
(617) 422-0200


SEGREDO & WEISZ
9350 South Dixie Highway
Suite 1500
Miami, Florida 33156
(305) 670-3820 Telephone
(305) 670-8230 Facsimile


/s/  Michel O. Weisz
Michel Ociacovski Weisz, Esquire
Florida Bar No. 336939

Dated: June 25, 2007

Attorney for Ocean Yachts, Inc.