UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11682MLW

_____
L & T YACHT SALES, INC.          )
        Plaintiff,             )
                                 )
v.                               )
                                 )
                                 )
POST MARINE CO., INC.,           )
                                 )
    Defendant                    )
_____)

**Defendant's Notice of Withdrawal of Objection to Venue**

Defendant Post Marine Co., Inc. ( "Post") hereby withdraws its defense, contained in its Memorandum of Law in Support of Defendant's Motion for Summary Judgment (at p. 19) and its Tenth Affirmative Defense, that venue is improper in this district. As grounds, Post states that the parties and the Court have already devoted substantial time, energy and expense to litigating this case in this district. Dismissal on the grounds of improper venue would not be in the interests of judicial economy, and Post therefore withdraws its objection based on venue.

/s/ Howard M . Brown
Howard M. Brown
BBO #547948
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th floor
Boston, MA 02110
(617) 422-0200


SEGREDO & WEISZ
9350 South Dixie Highway
Suite 1500
Miami, Florida 33156
(305) 670-3820 Telephone
(305) 670-8230 Facsimile


/s/  Michel O. Weisz
Michel Ociacovski Weisz, Esquire
Florida Bar No. 336939

Dated: August 9, 2007

Attorney for Post Marine Co., Inc.