# SEGREDO & WEISZ
## ATTORNEYS AT LAW

Michel O. Weisz, P.A.
Frank J. Segredo, P.A.

Suite 1500
9350 South Dixie Highway
Miami, Florida 33156
Telephone: (305) 670-3820
Facsimile: (305) 670-8230

September 19, 2007

**DELIVERED VIA HAND DELIVERY**

Honorable Mark L. Wolf
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:  Post Marine/ L+T Yacht Sales, Inc./ Todd Hamilton
     Case No. 05-11682 MLW
     Our File No. 580-01399

Dear Honorable Sir:

The Court ordered counsel to report to the Court on the status of settlement discussions. Defendant sent a letter to Plaintiff outlining a settlement proposal consistent with discussions held in Chambers. To date, Plaintiff has not responded.

Respectfully submitted,

Michel Ociacovski Weisz

MOW/ccm

cc: John Zajac, Esq.