# SEGREDO & WEISZ
## ATTORNEYS AT LAW

Michel O. Weisz, P.A.
Frank J. Segredo, P.A.

Suite 1500
9350 South Dixie Highway
Miami, Florida 33156
Telephone: (305) 670-3820
Facsimile: (305) 670-8230

October 26, 2007

**DELIVERED VIA HAND DELIVERY**

Honorable Mark L. Wolf
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: Post Marine/ L+T Yacht Sales, Inc./ Todd Hamilton
Case No. 05-11682 MLW
Our File No. 580-01399

Dear Honorable Sir:

In compliance with this Court's Order that the parties report on the status of settlement discussion by today, Plaintiff continues to maintain its amorphous and unrealistic demands. Accordingly, Defendant can go no further with any settlement discussions.

Respectfully submitted,

Michel Ociacovski Weisz

MOW/ccm

cc: John Zajac, Esq.