UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L & T YACHT SALES, INC. )<br>    Plaintiff )<br>)<br>)<br>v. )<br>)   CIVIL ACTION No. 05-CV-11682-MLW<br>)<br>POST MARINE CO., INC. )<br>    Defendant )<br>)<br>) | |

## NOTICE OF CHANGE OF ADDRESS

Please note the following change of address for Michel Weisz, lead attorney for Defendant in this matter. His new address is:

Michel Weisz, Esq.
Berger Singerman
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone (305) 755-9500
Fax (305) 714-4340

                                                    DEFENDANT
                                                    By its attorneys,

                                                    /s/ Howard M. Brown
                                                    HOWARD M. BROWN
                                                    BBO # 547948
                                                    Bartlett Hackett Feinberg P.C.
                                                   155 Federal Street, 9th floor
                                                   Boston, MA 02110
DATED: December 6, 2007                      Tel. (617) 422-0200