UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L&T YACHT SALES, INC., <br>     Plaintiff <br><br> v. <br><br> POST MARINE CO., INC., <br>     Defendant | ) <br> ) <br> ) <br> )   C.A. NO. 05-11682-MLW <br> ) <br> ) <br> ) |

<u>ORDER</u>                                         February 1, 2008

    On January 15, 2008, defendant Post Marine Co., Inc. ("Post") filed a Supplemental Motion to Exclude Evidence. It did not file a memorandum of reasons in support of this motion, as required by Local Rule 7.1(b)(1). Nor did it cite any authorities. Plaintiff L&T Yacht Sales, Inc. ("L&T") has not filed any opposition to the motion within 14 days, as required by Local Rule 7.1(b)(2) if the motion is opposed. Therefore, it is hereby ORDERED that:

    1. By February 6, 2008, Post shall file a memorandum of reasons in support of its Supplemental Motion to Exclude Evidence (Docket No. 53).

    2. By February 8, 2008, L&T shall file opposition to the same motion, including a memorandum of reasons, or file a statement that it does not oppose the motion.

                                                    <u>/s/ Mark L. Wolf</u>
                                                    UNITED STATES DISTRICT JUDGE