```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


L & T YACHT SALES, INC.,       )
          Plaintiff,           )
                               )
     V.                        )    CIVIL ACTION NO. 05-11682-MLW
                               )
POST MARINE CO., INC.,         )
          Defendant.           )
```

ORDER

WOLF, D.J.                                          February 12, 2008

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that, except for the designated representative of each party, each witness in this case:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege or some other applicable privilege, such communications may be explored on direct and/or cross-examination of the witness.

```
                         /s/ MARK L. WOLF
                         _____
                         UNITED STATES DISTRICT JUDGE
```