UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11682

| L&T Yacht, Inc. | Post Marine Co., Inc. |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Zajac | Michel Weisz |

COUNSEL FOR PLAINTIFF          COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Jury Trial - Day |
|---|---|
| 2/12/08 | Court goes over preliminary matters with the parties including the voir dire process. Parties agree that the parties' stipulations will be marked as an exhibit for the jury. Court also discusses the objected to exhibits. Court also goes over its preliminary jury instructions with the parties. Court takes up the matter regarding the disputed photographs. Jury pool of 30 voir diremen brought into the court and sworn. Court conducts the voir dire of the jury pool. Jury of 12 sworn in. Jury is excused for the day by the court. Court hold voir dire of Larry Soule - witness takes the stand and is sworn. Court excludes Mr. Soule as a witness. Court gie gives its reasoning from the bench. Court will consider whether to impos |