UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11682

| L&T Yacht, Inc. | Post Marine Co., Inc. |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Zajac | Michel Weisz |

COUNSEL FOR PLAINTIFF           COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Jury Trial - Day 2 |
|---|---|
| 2/20/08 | Court goes over preliminary matters with the parties. Court gives further reasoning in precluding the testimony of Larry Soule and allowing the testimony of William Catauro. Defendant orally moves to dismiss the case due to plaintiff's persistent failure to comply with the rules of discovery. Court takes the motion under advisement. Jury is brought in. Court gives the jury its preliminary instructions. Plaintiff presents his opening statement. Defendant presents its opening statement. Plaintiff calls Tod Hamilton - witness takes the stand and is sworn. Plaintiff calls William Catauro - witness takes the stand and is sworn. Jury is excused for the day. Court goes over the order of the remaining witnesses and gives the parties the amount of time they have left remaining. Defendant alerts the court to an issue that may arise during Jensen's testimony related to the issue of damages. Court listens to oral arguments from the parties and takes the matter under advisement. Court is in recess until tomorrow morning |