UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11682

L&T Yacht, Inc.                                    Post Marine Co., Inc.
PLAINTIFF                                          DEFENDANT

John Zajac                                         Michel Weisz

_____                       _____

_____                       _____


COUNSEL FOR PLAINTIFF            COUNSEL FOR DEFENDANT


JUDGE___Wolf_____            CLERK___O'Leary_____            REPORTER___Romanow___

CLERK'S NOTES

| DATES: | Jury Trial - Day 3 |
|---|---|
| 2/21/08 | Court goes over preliminary matters with the parties.  Jury is brought in.  Plaintiff calls Ken Jensen - witness |
| | takes the stand and is sworn in.  Plaintiff rests.  Court notes that the stipulations have not been entered into |
| | evidence.  Defendant orally moves for a directed verdict.  Court listens to oral argument on the same.  Court |
| | denies the motion for directed verdict.  Plaintiff moves for additional time to present case.  Court grants the |
| | request.  Defendant calls Ken Jensen - witness takes the stand and is reminded by the court that he remains |
| | under oath.  Defendant calls Joseph Martorana - witness takes the stand and is sworn.  Court excuses the |
| | jury for the day.  Court is in recess until 4:00 this afternoon when the court will go over the jury |
| | instructions with the parties.  Court gives the parties the proposed jury instructions and verdict form.  Court |
| | gives the parties time to read them and listens to the parties objections/requested changes to the same. |
| | Court gives the parties 20 minutes each for their closings. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |