UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11682

| L&T Yacht, Inc. | Post Marine Co., Inc. |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Zajac | Michel Weisz |

COUNSEL FOR PLAINTIFF          COUNSEL FOR DEFENDANT

JUDGE    Wolf          CLERK    O'Leary          REPORTER    Romanow

CLERK'S NOTES

| DATES: | Jury Trial - Day 4 |
|---|---|
| 2/21/08 | Court goes over preliminary matters with the parties. Jury is brought in. Defendant calls Cortez Marks - witness takes the stand and is sworn in. Defendant rests. Plaintiff calls Todd Hamilton in rebuttal. Witness takes the stand and is reminded by the court that he remains under oath. Plaintiff rests his rebuttal case. Court excuses and goes over the revised verdict form and jury instructions with the parties. Court informs the parties that it intends to give the jurors a copy of its case specific instructions. Defendant does not object. Plaintiff objects to the jury getting a copy of the instructions. Jury is brought back. Defendant presents its closing argument. Plaintiff presents its closing argument. Court excuses the jury. Court takes up the parties objections to each others closings. Court tells parties it is considering telling the jury that it excluded photos from the plaintiff based on what it considers a possible improper argument by defense counsel on the photos in its closings. Court takes the morning recess. Court goes over the change in jury instructions regarding the burden of proof with the parties. Court will not give the jury the case specific instructions to read along with and will decide whether to send it back with them later. Jury is brought back in and given its instructions from the court. Jury is sent out to begin its deliberations at 12:02. Court is in recess. Jury returns a verdict in favor of the defendant at 3:20. Court directs the clerk to file and enter the same. Court dismisses the jury.  All exhibits returned to the plaintiff. |