```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

L&T YACHT SALES, INC.,         )
          Plaintiff            )
                               )
     v.                        )   C.A. NO. 05-11682-MLW
                               )
POST MARINE CO., INC.,         )
          Defendant            )
```

                              VERDICT


1. Has plaintiff L&T Yacht Sales, Inc. ("L&T") proven that it had a contract with defendant Post Marine, Inc. ("Post") for the repair of L&T's boat?

   Yes ____✓____      No _____

*If you answered Question 1 "Yes," answer Question 2. If you answered Question 1 "No," your deliberations are complete.*


2. Has L&T proven that Post breached the contract you found proven in answering "Yes" to Question 1?

   Yes _____      No ____✓____

*If you answered Question 2 "Yes," answer Question 3. If you answered Question 2 "No," your deliberations are complete.*

3.  If you have answered "Yes" to Questions 1 and 2, what amount of damages, if any, has L&T proven were caused to it by Post's breach of contract?

$_____

_____2/20/8_____          _____[signature]_____
Date                             Foreperson
                                   Jim Moynahan