UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

L&T YACHT SALES, INC.
        Plaintiff(s)

v.       CIVIL ACTION NO. 05-11682-MLW

POST MARINE CO., INC.
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

WOLF, D.J.

X    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Decision by the Court.**

     **IT IS ORDERED AND ADJUDGED**

     Judgment for the Defendant.

SARAH A. THORNTON,
CLERK OF COURT

Dated: February 22, 2008     By /s/ Dennis O'Leary
                                                         Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

(judge-civ.wpd - 3/7/2005)