AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

| | |
|---|---|
| L&T YACHT SALES, INC.<br>V.<br>POST MARINE CO., INC. | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 05-11682-MLW |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wolf | John Zajac | Michel Weisz |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 2/19/2008-2/29/2008 | Romanow | O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 2/19/08 | X | | Affidavit of Michel Weisz |
| B | | 2/19/08 | X | | Packet of photographs of the boat plaintiff intends to use |
| C | | 2/19/08 | X | | Packet of photographs of the boat plaintiff does not intend to use |
| | | 2/19/08 | | | Larry Soule |
| D | | 2/19/08 | | | Cost estimate dated 10/14/2005 in the amount of $375K - $450K |
| E | | 2/19/08 | X | | Cost estimate dated 10/14/2005 for $57,750.00 |
| ---- | | 2/19/08 | | | Todd Hamilton |
| | F | 2/19/08 | X | | Plaintiff's response to request for documents |
| G | | 2/20/08 | X | | Photo of plaintiff's boat |
| ----- | | 2/20/08 | | | Todd Hamilton |
| 1 | | 2/20/08 | | X | Photo of plaintiff's boat (exhibit G) |
| 2 | | 2/20/08 | | X | Letter dated 8/17/04 from Kane to Weisz |
| 3 | | 2/20/08 | | X | Letter dated 8/25/04 from Weisz to Kane |
| 4 | | 2/20/08 | | X | Letter from Martorana to Hamilton |
| 5 | | 2/20/08 | | X | Letter from Hamilton to Post dated 6/15/2005 |
| 6 | | 2/20/08 | | X | Letter from Hamilton to Post dated 7/13/2005 |
| 7 | | 2/20/08 | | X | Letter from Hamilton to Post dates 7/15/2005 |
| 8 | | 2/20/08 | | X | Letter from Weisz to Hamilton dated 8/10/2005 |
| 9 | | 2/20/08 | | X | Fax from Catauro to Hamilton dated 7/14/04 |
| 10 | | 2/20/08 | | X | Fax from Catauro to Hamilton dated 8/6/04 |
| ---- | | 2/20/08 | | | William Catauro |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| L&T YACHT | | vs. | | POST MARINE | CASE NO. CA05-11682 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ----- | | 2/21/08 | | | Ken Jensen |
| | ----- | 2/21/08 | | | Ken Jensen |
| | ----- | 2/21/08 | | | Joseph Martorana |
| | 11 | 2/21/08 | | X | Packet of time records for post employees (11/16/04 - 8/23/05) |
| | | 2/21/08 | H | | Proposed Jury Instructions |
| | | 2/21/08 | I | | Proposed Verdict Form |
| | ----- | 2/22/08 | | | Cortez Marks |
| ----- | | 2/22/08 | | | Todd Hamilton |
| | | 2/22/08 | J | | Revised Proposed Verdict Form |
| | | 2/22/08 | K | | Revised Proposed Jury Instructions |