UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L & T YACHT SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> POST MARINE CO., INC., <br><br> Defendant. | BOSTON DIVISION <br> C.A. No. 05-11682-MLW |

## DEFENDANT'S MOTION TO TAX COSTS

Defendant, Post Marine Company, Inc., by and through counsel, hereby requests that this Court enter an order awarding it costs pursuant to Federal Rules of Civil Procedure 54(d)(1) and as grounds in support states:

1. Defendant was the prevailing party in this matter pursuant to a jury verdict being entered in its favor on February 29, 2008.

2. Pursuant to Federal Rule of Civil Procedure 54(d)(1), the Clerk may award costs to the prevailing party.

WHEREFORE, Defendant Post Marine Company, Inc. hereby requests that this Court enter an order taxing costs against the Plaintiff, L & T Yacht Sales, Inc. in the amount of $1,597.05 as set forth in the Affidavit of Michel Weisz Regarding Costs and the supporting documents filed therewith.

Howard M. Brown, Esquire
BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(617) 422-0200

- 2 -

        Michel O. Weisz, Esquire
        BERGER SINGERMAN
        200 South Biscayne Boulevard
        Suite 1000
        Miami, FL  33131
        (305) 755-9500

        <u>/s/ Michel O. Weisz</u>
        Michel O. Weisz
        Florida Bar No. 336939

Dated: March 7, 2008