UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

L & T YACHT SALES, INC.,

        Plaintiff,

v.

POST MARINE CO., INC.,

        Defendant.

BOSTON DIVISION
C.A. No. 05-11682-MLW

## AFFIDAVIT OF MICHEL WEISZ REGARDING COSTS

I, Michel O. Weisz, upon oath hereby depose and state as follows:

1. My name is Michel O. Weisz, I am over the age of 18 and I make this affidavit based upon my own personal knowledge of the facts stated herein.

2. I am the counsel of record for Defendant, Post Marine Company, Inc.

3. Post Marine Company, Inc. incurred the following taxable costs, as shown on Exhibit "A" hereto, in connection with its defense of this matter:

| Date | Description | Amount |
|---|---|---|
| 4/10/2007 | Service of Process Fee to Serve Subpoena for Deposition On Lisa A. Kane, paid to Butler and Witten | $296.00 |
| 5/01/2007 | Transcripts of Depositions of Kenneth Jensen; Joseph Martorana; and Cortez Marks, paid to Atlantic City Court Reporting LLC | $761.05 |
| 5/14/2007 | Transcripts of Depositions of Todd J. Hamilton and Lisa A. Kane, paid to Neal A. Salloway Court Reporters | $490.00 |
| 5/23/2006 | Fee for *Pro Hac Vice* Application of Michel O. Weisz paid to the U.S. District Court | $50.00 |
| | For a total of recoverable costs in the amount of: | **$1,597.05** |

Signed under the pains and penalties this 7th day of March, 2008.

                                                                          /s/ Michel O. Weisz
                                                                   MICHEL O. WEISZ, ESQUIRE

```
                                                                              10496
BARTLETT HACKETT FEINBERG P.C.
      SPECIAL ACCOUNT                        MELLON TRUST OF NEW ENGLAND, N.A.
155 FEDERAL STREET, 9TH FLOOR                          5-123-110
   BOSTON, MA  02110-1605                                                   5/23/2006
       PH: 617-422-0200

PAY TO THE                                                              $ **50.00
ORDER OF    U.S. District Court
                                                                             DOLLARS
  Fifty and 00/100***************************************************************

        U.S. District Court
        District of Massachusetts


MEMO                                              /s/ Asa K. Murphy
     Postmarine.L&T  HMB                                                        MP

              ⑈010496⑈ ⑆0   00        ⑆  ⑈11⑈    9⑈
```

<u>April 10, 2007</u>

**Butler and Witten**
1895 Centre St., Suite 202
Boston, MA, 02132
(617) 325-6455 , Fax (617) 325-5952

RETURN SERVICE REQUESTED

Invoice

BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL ST., 9TH FLOOR
BOSTON MA 02110
ATTN: DIANE E. MAHAN, ESQ.

Reference Job #95866 when remitting.

L & T Yacht Sales, Inc. vs Post Marine Co., Inc.,

Docket/Case Number: 05-11682-MLW
Federal/US Bankruptcy Court Subpoena
**Lisa A. Kane**

Completed Personal Service to Lisa A. Kane on
April 9, 2007 at 8:15 PM,
at: 37 Maple St., Raynham, MA
by Stephen B. Minkofsky, Constable
Action/Hearing Date April 17, 2007, @ 1:00 PM.

Service Attempt $45.00
3/30 - 77 RocSam Park Rd., Braintree, MA
She has a small office there, but she's not there on any predictable schedule.

Service Attempt $65.00
3/30 - She was in-house counsel for Intellution Inc. at 325 Foxboro Blvd., Foxboro, MA. However, the firm was bought out by GE, and she's no longer known there.

Service Attempt $45.00
4/6 - 1061 Brush Hill Rd., Milton - This is a residence, but it is not hers.

Service & Travel $79.00
The witness was reached via telephone 781-929-5303. She provided her home address in Raynham & made arrangements to be home for service.

Witness Fee $62.00

Total Fee for Service: $296.00

Please Remit: $296.00

All invoices are due upon receipt.

**Thank you for placing your trust in us.**

| | | | 09845 |
|---|---|---|---|
| Michel O. Weisz, P.A.<br>9350 SOUTH DIXIE HIGHWAY<br>SUITE 1500<br>MIAMI, FLORIDA 33156<br>(305) 670-3820 | | GIBRALTAR PVT BANK & TRUST CO<br>220 ALHAMBRA CIRLE STE 500<br>CORAL GABLES, FL 33134-9492<br>63-9045/2670 | 5/2/2007 |

PAY TO THE ORDER OF   Atlantic City Court Reporting, LLC        $ **761.05

Seven Hundred Sixty-One and 05/100************************************************************************ DOLLARS

Atlantic City Court Reporting, LLC
1125 Atlantic Avenue
Suite 416
Atlantic City, NJ 08401

**COPY NOT NEGOTIABLE**

MEMO   Inv. 92945

⑈009845⑈ ⑆ ⑆  00  ⑈00048⑈

---

| Michel O. Weisz, P.A. | | | 09845 |
|---|---|---|---|
| | Atlantic City Court Reporting, LLC | 5/2/2007 | |
| | | Transcript copies of depo Ken Jensen, Joseph marto | 761.05 |

**POSTED**

| Operating | Inv. 92945 | | 761.05 |
|---|---|---|---|

| Michel O. Weisz, P.A. | | | 09845 |
|---|---|---|---|
| | Atlantic City Court Reporting, LLC | 5/2/2007 | |
| | | Transcript copies of depo Ken Jensen, Joseph marto | 761.05 |



PAYMENT RECORD

| Operating | Inv. 92945 | | 761.05 |
|---|---|---|---|

  *READY TO REORDER? CALL 1-800-433-8810 OR VISIT US AT www.intuitmarket.com/orderchecks*   
538695 (7/06)



1125 Atlantic Avenue
Suite 416
Atlantic City, NJ 08401
609-345-8448
866-497-2401
Fax: 609-345-8998
www.accourtreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 92945 | 05/01/2007 | 09-101424 |
| JOB DATE | ASSIGNED TO | CASE NUMBER |
| 04/11/2007 | WASIBE | 05-11682 |
| CASE CAPTION | | |
| Post Marine/ L&T Yacht Sales/ Todd Hamilton | | |
| TERMS | | |
| Net 30, After 30, Int. at 1.5% per month | | |

Michel O. Weisz, Esq.
Segredo & Weisz
9350 South Dixie Highway
Suite 1500
Miami, FL 33156

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Kenneth Jensen                        126 Pages              396.90
        Litigation Support Pckg                                   15.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Joseph Martorana                       53 Pages              166.95
        Litigation Support Pckg                                   15.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Cortez Marks                           33 Pages              103.95
        Litigation Support Pckg                                   15.00
        Delivery                                                  48.25
                                                                 ------
                             TOTAL  DUE  >>>>                    761.05

Transcript, Disk & Minuscript Enclosed.
C. O. D.  DELIVERY
ib
```

TAX ID NO.: 22-3673626                                      (305) 670-3820

*Please detach bottom portion and return with payment.*

Michel O. Weisz, Esq.
Segredo & Weisz
9350 South Dixie Highway
Suite 1500
Miami, FL 33156

Job No.     : 09-101424
Case No.    : 05-11682
Post Marine/ L&T Yacht Sales/ Todd H
Invoice No.: 92945
Date        : 05/01/2007
TOTAL DUE   :     761.05

Remit To:  Atlantic City Court Reporting, LLC
           1125 Atlantic Avenue
           Suite 416
           Atlantic City, NJ 08401

PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____  Phone #: _____
Cardholder's Signature: _____

| | | | | | 09943 |
|---|---|---|---|---|---|
| **Michel O. Weisz, P.A.** | | GIBRALTAR PVT BANK & TRUST CO | | | |
| 9350 SOUTH DIXIE HIGHWAY | | 220 ALHAMBRA CIRLE STE 500 | | | |
| SUITE 1500 | | CORAL GABLES, FL 33134-9492 | | | |
| MIAMI, FLORIDA 33156 | | 63-9045/2670 | | | 6/29/2007 |
| (305) 670-3820 | | | | | |

PAY TO THE ORDER OF   Neal A. Salloway Court Reporters                                                       $  **490.00

Four Hundred Ninety and 00/100******************************************************************************* DOLLARS

Neal A. Salloway Court Reporters
5 Cardigan Road
West Peabody, Massachusetts
01960-3703

**COPY NOT NEGOTIABLE**

MEMO   L&T Yacht v. Post Marine

⑆009943⑆ ⑉ 00   ⑊000048⑊

---

**Michel O. Weisz, P.A.**                                                                                                  09943

Neal A. Salloway Court Reporters                                               6/29/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/14/2007 | Bill | | 490.00 | 490.00 | | 490.00 |
| | | | | Check Amount | | 490.00 |

Operating        L&T Yacht v. Post Marine                                                                           490.00

**Michel O. Weisz, P.A.**                                                                                                  09943

Neal A. Salloway Court Reporters                                               6/29/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/14/2007 | Bill | | 490.00 | 490.00 | | 490.00 |
| | | | | Check Amount | | 490.00 |

**PAYMENT RECORD**

Operating        L&T Yacht v. Post Marine                                                                           490.00



*READY TO REORDER? CALL 1-800-433-8810 OR VISIT US AT www.intuitmarket.com/orderchecks*

538695 (7/06)

POSTED ✓

# Neal A. Salloway
## Court Reporters

5 Cardigan Road  
West Peabody, Massachusetts 01960-3703

Tel. (781) 581-3993  
(978) 535-0313  
Fax (978) 536-3142  

Fed. Tax I.D. #04-3140177

SEGREDO & WEISZ  
9350 South Dixie Highway - Suite 1500  
Miami, FL 33156

Attn: Michael Ociacovski Weisz, Esq.

May 14, 2007

RE:  L & T YACHT SALES, INC. VS. PORT MARINE CO., INC.

Depositions of Todd J. Hamilton and Lisa A. Kane taken on April 17, 2007.

| | |
|---|---|
| 100 pages at $3.50 | $ 350.00 |
| Two Minuscripts and Word Indexes | 70.00 |
| Two E-Trans | 70.00 |
| TOTAL AMOUNT DUE | $ 490.00 |

These transcripts were previously delivered to your office.

Thank you.